WILLIAMSPORT PLANING MILL CO., A CORPORATION IN LIQUIDATION, RELATOR-RESPONDENT, v. BOARD OF EDUCATION OF THE CITY OF PATERSON, IN THE COUNTY OF PASSAIC AND STATE OF NEW JERSEY, A MUNICIPAL CORPORATION INCORPORATED UNDER THE LAWS OF THE STATE OF NEW JERSEY, DEFENDANT-APPELLANT.

Argued February 2, 1944—Decided April 20, 1944.

For the relator-respondent. *Kristeller & Zucker* (*Saul J. Zucker*).

For the defendant-appellant, *Joseph Coult* and *Harold D. Green*.

PER CURIAM.

The conclusions reached by the Supreme Court are sound and the judgment should be affirmed. We think that the Board of Education, which was not a party to *Williamsport*

*Planing Mill Co.* v. *Maryland Casualty Co.*, 129 *N. J. L.* 333, was not estopped by the last mentioned decision in the Supreme Court from arguing for a final acceptance but that the issue was nevertheless meritoriously decided adversely to the contention.

The judgment appealed from is affirmed.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, DONGES, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON. DILL, JJ.   11.

*For reversal*—HEHER, PERSKIE, JJ.   2.